FILED

2020 JUL 22 AM 11: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 3:20-cr-98-J-34JRK
      Cts. 1-3: 18 U.S.C. § 2251(a)

RICHARD EARL JENKINS JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 31, 2015, in the Middle District of Florida, the defendant,

RICHARD EARL JENKINS JR.,

did employ, use, persuade, induce, entice and coerce a minor, Child Victim 1, to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

On or about July 23, 2017, in the Middle District of Florida, the defendant,

RICHARD EARL JENKINS JR.,

did employ, use, persuade, induce, entice and coerce a minor, Child Victim 1, to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT THREE

On or March 11, 2019, in the Middle District of Florida, the defendant,

RICHARD EARL JENKINS JR.,

did employ, use, persuade, induce, entice and coerce a minor, Child Victim 1, to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of 18 U.S.C. § 2251(a) and (e).

## FORFEITURE

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §§ 2251 and 2252(a)(1), the defendant, RICHARD EARL JENKINS JR., shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his interest in:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter:

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

3

  b.  has been transferred or sold to, or deposited with, a third person;

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
ASHLEY WASHINGTON
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4

FORM OBD-34
7/21/20 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

RICHARD EARL JENKINS JR.

## INDICTMENT

Violations: 1-3:    18 U.S.C. § 2251(a)

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of July, 2020.

_____
Clerk

Bail   $_____

GPO 863 525